**STATE v. WOODRUFF**

[328 N.C. 86 (1991)]

STATE OF NORTH CAROLINA v. BOBBY LEE WOODRUFF

No. 322A90

(Filed 10 January 1991)

APPEAL by the defendant pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 99 N.C. App. 107, 392 S.E.2d 434 (1990), finding no error in the judgment entered 13 April 1989, by *Sitton, J.,* in Superior Court, HENDERSON County. Heard in the Supreme Court 11 December 1990.

*Lacy H. Thornburg, Attorney General, by Elisha H. Bunting, Jr., Special Deputy Attorney General, for the State.*

*Prince, Youngblood, Massagee & Jackson, by J. Michael Edney and Sharon B. Ellis, for the defendant-appellant.*

PER CURIAM.

Affirmed.